

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**U.S. COURTHOUSE**
**700 STEWART STREET, ROOM 14229**
**SEATTLE, WASHINGTON 98101**

**MARSHA J. PECHMAN**
**JUDGE**

**(206) 370-8820**

May 17, 2010

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: 2009 FDR and Revised 2008 FDR

To whom it may concern:

Enclosed please find the signed original and three copies of my 2009 Financial Disclosure
Report. Thank you for the brief extension to finalize this report, along with the revised 2008 FDR
which is also enclosed with this cover letter.

The revised 2008 FDR was necessitated when my staff discovered (during preparation of the
2009 FDR) documentation of several 2008 investments [          ] law firm which had not
been provided in advance of preparing the 2008 FDR last year. I am at a loss to account for the
oversight by the law firm's investment consultants, but do note that the investments are all in
bank CD's and mutual funds and do not implicate any potential conflicts of interest which might
have been overlooked during 2009.

Thank you again for the extension of the FDR deadline which permitted my staff to integrate this
new information into the preparation of the two reports.

_____
United States District Judge

| AO 10 | FINANCIAL DISCLOSURE REPORT | **SELF INITIATED AMENDMENT** |
| Rev. 1/2008 | FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/14/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 14229<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE   2010 MAY 25 A 10: 17   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Preg O'Donnel & Gillett |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | J |
| 2. [ ] college tuition | Periodic payment contract w/ [ ] | K |
| 3. [ ] college tuition | Periodic payment contract w/ [ ] | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Advanta Bank Corp CD | | None | K | T | Buy | 10/21 | K | | (see VIII. notes) |
| 2. Alliance-Bernstein Global Tech Cl B | | None | | | Sold | 10/23 | K | A | |
| 3. Bank Dep Sweep Opt | A | Interest | L | T | | | | | |
| 4. Baron Asset Fund | | None | J | T | Buy | 10/21 | J | | |
| 5. | | | | | Buy (add'l) | 12/24 | J | | . |
| 6. Bridgeway Fund, Inc. | | None | J | T | Buy | 10/21 | J | | |
| 7. | | | | | Buy (add'l) | 12/18 | J | | |
| 8. Capital World Growth & Income Fund, Cl A | B | Dividend | | | Sold | 8/5 | J | A | |
| 9. Capital World Growth & Income Fund, Cl F | B | Dividend | | | Sold | 8/5 | K | B | |
| 10. Centennial Money Mkt | A | Interest | | | Closed | 8/5 | J | | (see VIII. notes) |
| 11. Cisco Systems | | None | J | T | | | | | |
| 12. Colonial Bank CD | | None | L | T | Buy | 10/21 | L | | (see VIII. notes) |
| 13. Comerica Bank CD | | None | L | T | Buy | 10/21 | L | | (see VIII. notes) |
| 14. Davis New York Venture Fund Inc. Cl. Y | | None | J | T | Buy | 10/21 | J | | (see VIII. notes) |
| 15. Dodge & Cox Income | | None | J | T | Buy | 10/21 | J | | |
| 16. | | | | | Buy (add'l) | 12/24 | J | | |
| 17. Dodge & Cox International | | None | J | T | Buy | 10/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dodge & Cox International | | | | | Buy (add'l) | 12/24 | J | | |
| 19. Dodge & Cox International | | | | | Buy (add'l) | 12/26 | J | | |
| 20. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 21. Emerson Electric | A | Dividend | K | T | | | | | |
| 22. EuroPacific Growth Fund | | None | J | T | Buy | 10/21 | J | | |
| 23. | | | | | Buy (add'l) | 12/24 | J | | |
| 24. Exxon/Mobil Corp. | A | Dividend | J | T | | | | | (see VIII. notes) |
| 25. Federated Money Market | D | Interest | M | T | | | | | |
| 26. Fidelity Adv Eq & Inc., Cl A (converted from FA Eq Port B) | A | Dividend | | | Sold | 10/21 | J | D | |
| 27. Fidelity Adv Mid Cap Fund, Cl A | | None | | | Sold | 10/21 | K | A | |
| 28. Franklin Custodian Funds, Growth Series Cl A | | None | | | Sold | 7/28 | J | C | |
| 29. Franklin Rising Dividends A | A | Dividend | | | Sold | 7/28 | K | C | |
| 30. Franklin Small Mid Cap Growht Fund, Cl A | | None | | | Sold | 7/28 | K | A | |
| 31. General Electric | A | Dividend | K | T | | | | | |
| 32. Growth Fund America Inc., Cl A | A | Dividend | | | Sold | 8/5 | J | A | |
| 33. Growth Fund America Inc., Cl F | A | Dividend | | | Sold | 8/5 | K | C | |
| 34. Harbor Bond Fund | | None | J | T | Buy | 10/21 | J | | (see VIII. notes) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Co. America, Cl F | A | Dividend | | | Sold | 8/5 | K | B | |
| 36. Janus Inv. Fund Perkins Mid Cap Value Fund | A | Dividend | J | T | Buy | 10/21 | J | | (see VIII. notes) |
| 37. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 38. Medtronic, Inc. | A | Dividend | | | Sold | 10/6 | J | A | |
| 39. Mutual Service Fund, Inc., Beacon Fund Cl A | A | Dividend | | | Sold | 8/5 | K | A | |
| 40. Oppenheimer Main Str Fund | A | Dividend | K | T | | | | | |
| 41. Pioneer Cullen Value Fund Cl A | | None | | | Buy | 10/21 | J | | (see VIII. notes) |
| 42. Powershares Biotech & Genome Portfolio | | None | | | Sold | 7/28 | J | A | |
| 43. Powershares Wilder Hill Clean Energy Portfolio | A | Dividend | | | Sold | 7/28 | J | A | |
| 44. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 45. Target | A | Dividend | J | T | | | | | (see VIII. notes) |
| 46. Templeton Fund (World Funds Cl A) | A | Dividend | | | Sold | 8/5 | J | A | |
| 47. Templeton Growth Fund | A | Dividend | | | Sold | 7/28 | K | A | |
| 48. TCW Funds Inc Relative Value Lg Cap Cl 1 | A | Dividend | J | T | Buy | 10/21 | J | | (see VIII. notes) |
| 49. Touchstone Instl Funds | | None | | | Buy | 10/21 | J | | (see VIII. notes) |
| 50. T Rowe Price Growth Stock Fund Inc | | None | | | Buy | 10/21 | J | | (see VIII. notes) |
| 51. T Rowe Price Pers Strategy Funds Inc | | None | | | Buy | 10/21 | J | | (see VIII. notes) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Vanguard Bond Index | A | Dividend | L | T | Buy | 10/21 | L | | (see VIII. notes) |
| 53. Vanguard Inflation-Protected Securities | A | Dividend | K | T | Buy | 8/13 | K | | |
| 54. Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Open | 8/14 | K | | |
| 55. Vanguard Strategic Equity Fund | A | Dividend | K | T | Buy | 8/04 | K | | |
| 56. Vanguard Total International Stock Index Fund | A | Dividend | K | T | Buy | 8/04 | J | | |
| 57. | | | | | Buy (add'l) | 8/13 | K | | |
| 58. Vanguard Total Stock Market Index Fund | A | Dividend | L | T | Buy | 8/13 | L | | |
| 59. Vanguard Wellesley Income Fund | A | Dividend | J | T | Buy | 8/04 | J | | |
| 60. Vanguard Wellington Fund | A | Dividend | K | T | Buy | 8/13 | K | | |
| 61. Washington Mutual Investors Fund | A | Dividend | | | Sold | 7/28 | K | | |
| 62. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 1. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 10. Centennial Money Market was the money market fund associated with Judge Pechman's investments with AG Edwards. Judge Pechman moved all her investments over to Vanguard Securities in August 2008; AG subsequently was dissolved.

VII. 12. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 13. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 14. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 21. The Exxon Mobil stock was mistakenly reported as "Sold" in the 2007 FDR; that transaction should have been reported as "Sold (part)" as there are still holdings of Exxon stock in [   ] portfolio.

VII. 34. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 36. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 invesment information.

VII. 39. The Target stock was mistakenly reported as "Sold" in the 2007 FDR; that transaction should have been reported as "Sold (part)" as there are still holdings of Target stock in [   ] portfolio.

VII. 41. This investment was inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

VII. 48-52. These investments were inadvertently left off the original 2008 FDR; the omission was discovered when reviewing the 2009 investment information.

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 05/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14229<br>Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3 | |

DISCLOSURE FINANCIAL OFFICE 2010 MAY 25 A 10:00 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2009 | | Preg O'Donnel & Gillett |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent child en; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | J |
| 2. [redacted] college tuition | Periodic payment contract w/ [redacted] | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advanta Bank Corp CD | B | Interest | L | T | | | | | (see VIII. notes) |
| 2. Bank Dep Sweep Opt (money market acct) | A | Interest | J | T | | | | | |
| 3. Baron Asset Fund | A | Dividend | | | Sold | 12/03/09 | J | A | |
| 4. Bridgeway Fund, Inc. | A | Dividend | | | Sold | 12/03/09 | J | A | |
| 5. Cisco Systems | | None | J | T | | | | | |
| 6. Colonial Bank CD | | None | | | Sold | 10/23/09 | L | A | (see VIII. notes) |
| 7. Columbus Bank & Trust Co. CD | | None | K | T | Buy | 08/31/09 | K | | |
| 8. Comerica Bank CD | | None | L | T | | | | | (see VIII. notes) |
| 9. Davis New York Venture Fund Inc. Dl. Y | A | Dividend | J | T | | | | | (see VIII. notes) |
| 10. Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 11. Dodge & Cox International | A | Dividend | J | T | Buy (add'l) | 12/03/09 | J | | |
| 12. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 13. Emerson Electric | A | Dividend | J | T | | | | | |
| 14. EuroPacific Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/03/09 | J | | |
| 15. Exxon/Mobil Corp. | A | Dividend | J | T | | | | | |
| 16. Fairholme Funds Inc. | | None | K | T | Buy | 12/03/09 | K | | |
| 17. Federated Money Market | B | Interest | | | Sold (part) | 02/20/09 | M | A | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Federated Money Market | | | | | Sold | 08/31/09 | L | A | |
| 19. | General Electric | A | Dividend | J | T | | | | | |
| 20. | Harbor Bond Fund | A | Dividend | J | T | | | | | (see VIII. notes) |
| 21. | Janus Inv. Fund Perkins Mid Cap Value Fund | A | Dividend | | | Sold | 12/03/09 | J | A | (see VIII. notes) |
| 22. | Johnson & Johnson | A | Dividend | K | T | | | | | |
| 23. | Oppenheimer Main Str Fund | A | Dividend | | | Sold | 12/03/09 | K | A | |
| 24. | Pioneer Cullen Value Fund Cl A | A | Dividend | J | T | | | | | (see VIII. notes) |
| 25. | Professionally Mngd Fund Portfolio - Ostweis Funds | A | Dividend | K | T | Buy | 12/03/09 | K | | |
| 26. | Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 27. | Target | A | Dividend | J | T | | | | | |
| 28. | TCW Funds Inc Relative Value Lg Cap Cl I | A | Dividend | | | Sold | 12/03/09 | J | A | (see VIII. notes) |
| 29. | Touchtone Instl Funds | | None | J | T | | | | | (see VIII. notes) |
| 30. | T Rowe Price Growth STock Fund Inc. | A | Dividend | J | T | | | | | (see VIII. notes) |
| 31. | T Rowe Price Pers Strategy Funds Inc. | A | Dividend | J | T | | | | | (see VIII. notes) |
| 32. | Vanguard Bond Index | A | Dividend | L | T | Buy (add'l) | 04/21/09 | J | | (see VIII. notes) |
| 33. | | | | | | Buy (add'l) | 08/31/09 | K | | |
| 34. | | | | | | Buy (add'l) | 12/03/09 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Fixed Income | A | Dividend | M | T | Buy | 02/20/09 | M | | |
| 36. | | | | | Buy (add'l) | 04/21/09 | J | | ... |
| 37. | | | | | Buy (add'l) | 08/31/09 | K | | |
| 38. | | | | | Buy (add'l) | 12/03/09 | K | | |
| 39. Vanguard Inflation-Protected Securities | A | Dividend | K | T | | | | | |
| 40. Vanguard Prime Money Mkt Fund | A | Dividend | K | T | | | | | |
| 41. Vanguard Short Term - Treas Admiral | A | Dividend | M | T | Buy | 02/20/09 | M | | |
| 42. | | | | | Buy (add'l) | 04/21/09 | J | | |
| 43. Vanguard Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 44. Vanguard Total International Stock Index Fund | A | Dividend | K | T | | | | | |
| 45. Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 46. Vanguard Wellesley Income Fund | A | Dividend | J | T | | | | | |
| 47. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 48. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 1.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 6.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 8.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 9.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 20.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 21.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 24.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 24.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

VII. 28-32.  This holding was acquired in 2008 but inadvertently omitted from the 2008 FDR; a revised 2008 FDR has been submitted.

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544